**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Ross Garlington, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 25-CV-13835-AK |
| v. | ) | |
| | ) | |
| Dorel Industries Inc., et al, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 24] entered on 3/16/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/16/2026                                        By the Court,

/s/ Courtney Horvath
Deputy Clerk